# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Donald J. Stutler,<br>　　　　　Plaintiff,<br>v.<br>Sonya R. Book,<br>　　　　　Defendant. | No. 4: 16-CV-00023-TUC-JAS<br><br>**ORDER** |

Pending before the Court is a Report and Recommendation issued by United States Magistrate Judge Leslie A. Bowman that recommends dismiss the case due to lack of subject matter jurisdiction. A review of the record reflects that the parties have not filed any objections to the Report and Recommendation and the time to file objections has expired. As such, the Court will not consider any objections or new evidence.

The Court has reviewed the record and concludes that Magistrate Judge Bowman's recommendations are not clearly erroneous. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72; *Johnson v. Zema Systems Corp.*, 170 F.3d 734, 739 (7th Cir. 1999); *Conley v. Crabtree*, 14 F. Supp. 2d 1203, 1204 (D. Or. 1998).

Accordingly, IT IS HEREBY ORDERED as follows:

(1) Magistrate Judge Bowman's Report and Recommendation (Doc. 10) is accepted and adopted.

(2) The case is DISMISSED WITH PREJUDICE. The Clerk is ordered to close the file in this case.

Dated this 23rd day of May, 2016.

Honorable James A. Soto
United States District Judge